No. 419. DeAlesandro v. United States. C. A. 2d Cir. Certiorari denied. *Abraham Glasser* and *H. Elliot Wales* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony Nugent* for the United States.

No. 425. Bane v. Superintendent of Boston State Hospital. Sup. Jud. Ct. Mass. Certiorari denied. Petitioner *pro se*. *Edward W. Brooke*, Attorney General of Massachusetts, and *Willie J. Davis*, Assistant Attorney General, for respondent.

No. 427. Brewton Fashions, Inc. v. National Labor Relations Board. C. A. 5th Cir. Certiorari denied. *Marshall C. Berger* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 432. Graves, dba Michiana Mills v. Kell-Dot Industries, Inc., et al. C. A. 8th Cir. Certiorari denied. *Marmaduke A. Hobbs* and *Thomas E. Scofield* for petitioner. *Gordon D. Schmidt* for respondents.

No. 434. Campos v. United States. C. A. 2d Cir. Certiorari denied. *Joseph I. Stone* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 452. Cargo Ships & Tankers, Inc. v. Rush. C. A. 2d Cir. Certiorari denied. *John R. Sheneman* for petitioner. *George J. Engelman* for respondent.